Rebecca C. Padilla, SBN.: 248605
**POTTER, COHEN & SAMULON**
3852 East Colorado Boulevard
Pasadena, California 91107
Tel. (626) 795-0681
Fax: (626) 79509725

Attorney for Plaintiff, VERONICA ROSAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VERONICA ROSAS,<br><br>  Plaintiff,<br>MICHAEL ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>  Defendant. | Case No.: CV 08-3939-SS<br><br>**ORDER FOR AWARD OF EAJA FEES** |

    Defendant is ordered to pay to Plaintiff's counsel of record, as Plaintiff's assignee, the total amount of TWO THOUSAND ONE HUNDRED SIXTY DOLLARS and SIXTY THREE CENTS ($2,160.63) representing payment of all Plaintiff's claims for attorney's fees and costs in connection with this action pursuant to the Equal Access to Justice Act, in accordance with 28 U.S.C. § 2412(d).

DATED: __4/15/09_____     ___/S/_____
　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE